UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. CALFEE, III,

   Plaintiff,

  v.

WILLIAM K. GRAHAM,

   Defendant.

No. 2:14-cv-01395-JAM-AC

ORDER

   This matter is before the undersigned pursuant to Local Rule 302(c)(1).  Currently before the court is the parties' joint statement re: discovery disagreement filed on August 14, 2015.  ECF No. 18.  In the parties' joint statement, plaintiff requests that the court compel non-parties James V. Nolan, Jason Sommer, and their respective firms (hereinafter "the Witnesses") to comply with his subpoena.

   Generally, "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense—including the existence, description, nature, custody, condition, and location of any documents or other tangible things and the identity and location of persons who know of any discoverable matter." Fed. R. Civ. P. 26(b)(1).  Under Rule 45, any party may serve a subpoena commanding a third party to produce documents.  Fed. R. Civ. P 45(a)(1)(A)(iii).  A person commanded to produce documents may serve a written objection to the subpoena.  Fed. R. Civ. P 45(d)(2)(B).  If the commanded person withholds subpoenaed

1 information under a claim that it is privileged, the person must (1) expressly make the claim, and
2 (2) describe the nature of the withheld documents in a manner that will enable the parties to
3 assess the claim. Fed. R. Civ. P. 45(e)(2)(A). The serving party may, at any time, on notice to
4 the commanded person, move the court for an order compelling production. Fed. R. Civ. P.
5 45(d)(2)(B)(I).

6     Pursuant to Local Rule 251(a), parties filing motions to compel must notice a hearing date
7 at least twenty-one (21) days from the date of filing and service. The parties' joint statement is
8 not properly formatted as a motion, nor does it notice a hearing date. Accordingly, THE COURT
9 HEREBY ORDERS plaintiff to file a properly noticed motion in accordance with Local Rule 251
10 if he wishes to obtain an order from the court compelling the Witnesses to comply with his
11 subpoena.

12 DATED: August 14, 2015

13 _____
ALLISON CLAIRE
14 UNITED STATES MAGISTRATE JUDGE

2