Bradley S. Thomas, Esq. (SBN 78946)
**THE THOMAS LAW FIRM**
1756 Picasso Avenue, Suite A
Davis, CA 95618
Telephone:     (530) 757-0883
Facsimile:      (530) 757-0895
E-mail:          Brad@thomaslawca.com

Attorneys for Defendants
**WILLIAM K. GRAHAM, THOMAS P. CHURCH, MICHELE A. CHURCH, MICHAEL U. SBROCCO III**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID W CALFEE III, | Case No.:  2:14-CV-01395-JAM-AC |
| Plaintiff, | **REQUEST TO RESCHEDULE HEARING ON MOTION FOR SUMMARY JUDGMENT AND ORDER** |
| vs. | |
| WILLIAM K. GRAHAM aka BILLY GRAHAM, THOMAS P. CHURCH aka TOM CHURCH, MICHELE A. CHURCH, MICHAEL U. SBROCCO III aka MIKE SBROCCO, et al. | Trial Date:            02/01/2016<br>Complaint Filed:    06/11/2014 |
| Defendants. / | |

Defendants WILLIAM K. GRAHAM, THOMAS P. CHURCH, MICHELE A. CHURCH, MICHAEL U. SBROCCO III hereby request an order rescheduling the hearing on their motion for summary judgment from its current date of November 4, 2015 to November 18, 2015.  The basis for this request is that I have a prepaid family vacation scheduled around a continuing education seminar from October 28 through November 6.  The hearing date for the motion for summary judgment was determined by the court's Status (Pre-Trial Scheduling) Order entered on September 10, 2014.  I was not mindful of that date when the vacation plans were made several months ago.

I have notified plaintiff's counsel that I would be submitting this request and confirmed that he is agreeable to having the motion heard on November 18, 2015 with plaintiff's opposition memorandum to be filed on or before November 4, 2015 and defendant's reply memorandum to be filed on or before November 10, 2015.

DATED:  October 14, 2015

                                        **THE THOMAS LAW FIRM**

                                By:     /s/ Bradley S. Thomas
                                            Bradley S. Thomas, Esq.
                                            Attorney for Defendants
                                            **WILLIAM K. GRAHAM, THOMAS P. CHURCH, MICHELE A. CHURCH, MICHAEL U. SBROCCO III**

## O R D E R

Pursuant to the request above and by stipulation of the parties, the hearing on defendants' motion for summary judgment is hereby rescheduled for November 18, 2015 at 9:30 a.m. in Courtroom 6 before the Honorable Judge John A. Mendez in Sacramento.  Accordingly, plaintiff's opposition memorandum is to be filed on or before November 4, 2015 and defendant's reply memorandum is to be filed on or before November 10, 2015.

IT IS SO ORDERED.

Dated:  10/14/2015                    /s/ John A. Mendez_____
                                         JUDGE OF THE UNITED STATES DISTRICT COURT