FRANK CRUM, SBN 155125
The Law Office of Frank J. Crum
A Professional Corporation
P.O. Box 2390
Woodland, CA 95776-2390
Telephone: (530) 668-1515
Facsimile: (530) 668-1651
E-mail: frank@fjclegal.com

Attorney for Plaintiff
**DAVID W. CALFEE, III**

BRADLEY S. THOMAS, SBN 78946
The Thomas Law Firm
1756 Picasso Ave, Suite A
Davis, CA 95618
Telephone: (530) 757-0883
Facsimile: (530) 757-0895
E-mail: brad@masonthomas.com

Attorneys for Defendants
**WILLIAM K. GRAHAM, THOMAS P. CHURCH, MICHELE A. CHURCH, and MICHAEL U. SBROCCO III**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DAVID W. CALFEE, III, | CASE NO.: 2:14-cv01395-JAM-AC |
| Plaintiff, | **ORDER OF SETTLEMENT AND DISMISSAL** |
| vs. | |
| WILLIAM K. GRAHAM aka BILLY GRAHAM, THOMAS P. CHURCH aka TOM CHURCH, MICHELE A. CHURCH, MICHAEL U. SBROCCO III aka MIKE SBROCCO and DOES 1 through 10, Inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER OF SETTLEMENT AND DISMISSAL**

# **ORDER**

IT IS HEREBY ORDERED that, pursuant to the Stipulation of Settlement and Voluntary Dismissal dated December 1, 2016 of Plaintiff DAVID W. CALFEE, III and Defendants WILLIAM K. GRAHAM aka BILLY GRAHAM, THOMAS P. CHURCH aka TOM CHURCH, MICHELE A. CHURCH, MICHAEL U. SBROCCO III aka MIKE SBROCCO, all claims in this action, case no. 2:14-cv01395-JAM-AC, have been settled and all claims will be dismissed with prejudice upon this court retaining subject matter and personal jurisdiction for the purpose of enforcing the terms of the settlement.

IT IS HEREBY FURTHER ORDERED that,

1. In full settlement of all claims between Plaintiff and Defendants, Defendants shall pay Plaintiff the sum of twenty-five thousand dollars ($25,000) on or before January 2, 2017.

2. Each party releases the other party from any and all claims, demands, liabilities and other obligation of every kind and nature, whether known or unknown, liquidated or unliquidated, whether sounding in contract, tort, equity or any other legal theory. This is a mutual general release and both parties expressly waive the protections otherwise offered by California Civil Code § 1542 which provides as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

3. Excepting this court's jurisdiction to enforce this Order, the terms of the settlement shall be construed in accordance with and governed by the laws and decisions of the State of California.

4. Each party shall execute a Settlement Agreement in the form attached hereto as Exhibit A on or before January 2, 2017.

5. Each party shall bear their own costs and attorneys' fees incurred in this action; provided, however, that the prevailing party shall be entitled to an award of reasonable attorneys' fees and costs incurred in any motion or any other proceeding brought by any party to enforce any part of the Stipulation dated December 1, 2016, the court's Order of Settlement and Dismissal, or to determine any rights of any of the parties.  This includes but is not limited to costs and attorneys' fees incurred to bring a motion to enforce the settlement as well as any incurred to collect based upon this court's Order of Settlement and Dismissal and/or to perfect the court's Order into a judgment.

6. All claims brought in this action are hereby dismissed with prejudice with this court retaining subject matter and personal jurisdiction for the purpose of enforcing this Order and the terms of the settlement.

Dated:  12/5/2016

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

SETTLEMENT AGREEMENT

DATE: December 1, 2016

PARTIES:

David W. Calfee, III ("Plaintiff")

and

William K. Graham aka Billy Graham, Thomas P. Church aka Tom Church, Michele A. Church, and Michael U. Sbrocco, III aka Mike Sbrocco ("Defendants")

RECITALS:

A.   In the action styled *David Calfee, III v. William Graham aka Billy Graham, et al.,* United States District Court Eastern District of California, Sacramento Division, case no. 2:14-cv01395-JAM-AC Plaintiff's complaint sought to collect from Defendants unpaid attorneys' fees and costs advanced in the legal action styled *Young J. Paik, et al. v. Richard T. Treon, et al.,* Superior Court of California, County of Yolo case no. PT09-320 ("the Underlying Lawsuit").  Plaintiff's complaint sought recovery based on causes of action for Book Account and Account Stated.  Plaintiff seeks damages of $91,602, pre-judgment and post-judgment interest pursuant to California Civil Code § 3287, and attorneys' fees of $1,000 on the book account per California Civil Code § 1717.5.

B.   Defendant Graham appeared in *Calfee v. Graham* by filing an answer on August 20, 2014 and the remaining Defendants appeared by filing an answer on October 10, 2015.  Defendants' answers allege the affirmative defenses of Statute of Limitations, Estoppel, and Breach of the Covenant of Good Faith and Fair Dealing.

C. The parties desire to settle all outstanding claims between the parties.

AGREEMENTS:

In consideration of the terms and conditions set forth herein the parties agree as follows:

1. Settlement. In full settlement of all claims between Plaintiff and Defendants, Defendants shall pay Plaintiff the sum of twenty-five thousand dollars ($25,000) on or before January 2, 2016.

2. Release. As additional consideration, each party hereby releases the other party from any and all claims, demands, liabilities and other obligation of every kind and nature, whether known or unknown, liquidated or unliquidated, whether sounding in contract, tort, equity or any other legal theory. This is a mutual general release and both parties expressly waive the protections otherwise offered by California Civil Code § 1542 which provides as follows:

"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

3. Attorneys' Fees and Costs. The parties further agree that each party shall bear their own costs and attorneys' fees incurred in the *Calfee v. Graham* action provided, however, that the prevailing party shall be entitled to an award of reasonable attorneys' fees and costs incurred in any motion or any other proceeding brought by any party to enforce any part of the Stipulation of Settlement and Voluntary Dismissal, the court's Order of Settlement and Dismissal, or to determine any rights of any of the parties. This includes but is not limited to costs and attorneys' fees incurred to bring a motion to enforce the settlement as well as any incurred to collect based up the court's Order of Settlement and Dismissal and/or to perfect the court's Order into a judgment.

4. California Law. This agreement shall be construed in accordance with and governed by the laws and decisions of the State of California.

5. This Agreement may be executed in multiple counterparts, all of which shall be considered one and the same agreement, and shall become effective when one counterpart has been signed by each party and delivered to the other parties hereto. Facsimile and other forms of electronic signatures (i.e. by e-mail delivery of a ".pdf" format data file or similar format) shall be effective to bind the parties delivering and accepting such signatures.

Executed as of the date first set forth above.

Plaintiff:

_____
David W. Calfee, III

Defendants:

_____
William K. Graham aka Billy Graham

_____
Thomas P. Church aka Tom Church

_____
Michele A. Church

_____
Michael U. Sbrocco, III aka Mike Sbrocco

| | |
|---|---|
| CASE TITLE: | David W. Calfee, III v. William K. Graham aka Billy Graham, et al. |
| COURT/CASE NO: | USDC/Eastern District of California, Case No. 2:14-cv01395-JAM-AC |

**PROOF OF SERVICE**

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that on **December 5, 2016**, I served the following documents:

**[PROPOSED] ORDER OF SETTLEMENT AND DISMISSAL**

In the following manner:

__X__ **(BY REGULAR MAIL)** I caused such envelope(s) to be deposited in the United States mail, at Woodland, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is3 deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

_____ **(BY OVERNIGHT SERVICE)** I caused such envelope(s) to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

__X__ **(VIA E-MAIL)** as follows: Per Court order and based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the person(s) at the email address(es) set forth below.

_____ **(VIA CM/ECF FILING SYSTEM)** On the above date, document(s) by electronic means with the Court. As such, the Court electronically mailed such document(s) to the parties noted below, whose electronic mail address is set forth below.

_____ **(VIA FACSIMILE TRANSMISSION)** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile #) to each of the parties mentioned below at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

_____ **(BY PERSONAL SERVICE)** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being serve, to be personally served on the parties listed on the service list below at their designated business address.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made to the following people:

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | BRADLEY S. THOMAS, ESQ. | Counsel for Defendant |
| 2 | THE THOMAS LAW FIRM<br>Attorneys at Law | WILLIAM K. GRAHAM<br>THOMAS P. CHURCH |
| 3 | 1756 Picasso Avenue, Suite A | MICHELE A. CHURCH |
| 4 | Davis, CA  95618<br>brad@thomaslawca.com | MICHAEL U. SBROCCO III |

6  David W. Calfee III                                         Plaintiff
611 North Street
7  Woodland, CA  95695
dcalfee@calfeelaw.com

24   I declare, under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **December 5, 2016** under the laws of the United States of America, at Woodland, California.

_____
Angelica Magallon

PROOF OF SERVICE